**UNITED STATES of America, Appellee,**

v.

**Yamil RIVERA–KADER, also known as Llamil Kader, Appellant.**

No. 10–2628.

United States Court of Appeals, Eighth Circuit.

Submitted: Oct. 28, 2010.

Filed: Oct. 29, 2010.

Yamil Rivera–Kader, Taft, CA, pro se.

Andrea E. Belgau, Robert Francis Cryne, U.S. Attorney's Office, Omaha, NE, for Appellee.

Before LOKEN, MURPHY, and BENTON, Circuit Judges.

PER CURIAM.

Yamil Rivera–Kader appeals the district court's [1] order denying his petition for a writ of mandamus to compel the government to file a Federal Rule of Criminal Procedure 35(b) motion to reduce his sentence for substantial assistance.

The district court did not abuse its discretion: among other reasons, Rivera–Kader failed to establish that he had a clear and indisputable right to a Rule 35(b) motion because his plea agreement reserved to the government the discretion whether to file such a motion. *See In re MidAmerican Energy Co.,* 286 F.3d 483, 486 (8th Cir.2002) (per curiam) (standard of review); *In re SDDS, Inc.,* 97 F.3d 1030, 1034 (8th Cir.1996). Accordingly, we affirm. *See* 8th Cir. R. 47B.

---

1. The HONORABLE LAURIE SMITH CAMP, United States District Judge for the District of Nebraska.